ESTELLE MAURY, Respondent, v. VALENTINE L. MAURY, Appellant.— Order awarding alimony and counsel fee affirmed, with ten dollars costs and disbursements.

No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.